E. Craig Daue, Esq.
BUXBAUM, DAUE & FITZPATRICK, PLLC
228 West Main, Suite A
P.O. Box 8209
Missoula, MT 59807
Telephone:  (406) 327-8677
Fax No.:  (406) 829-9840

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| PATSY MARSH, | ) |
| | ) Cause No.  CV-08-157-M-DWM |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| -vs- | ) WITH PREJUDICE |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties

hereto, acting by and through their respective counsel of record, that the claims of

Patsy Marsh against the United States may be dismissed with prejudice as fully

compromised and settled on the merits, each party to bear their own costs and

Page 1

expenses.

Dated this 25 day of March, 2010.

Buxbaum, Daue & Fitzpatrick

E. CRAIG DAUE
Attorney for Plaintiff


MICHAEL W. COTTER
United States Attorney


VICTORIA L. FRANCIS
Assistant U.S. Attorney
Attorney for Defendant