IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| PATSY MARSH, | ) | CV 08-157-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the parties' Stipulation for Dismissal filed on March 30, 2010,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, and each party shall bear its own costs and attorney's fees;

IT IS FURTHER ORDERED that this case is CLOSED.

DATED this 1ˢᵗ day of April, 2010.

                         _____
                         DONALD W. MOLLOY, DISTRICT JUDGE
                         UNITED STATES DISTRICT COURT